```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                        PENSACOLA DIVISION

IN RE:                              )
                                    )
NANCY V. MELTON                     )   CASE NO.  09-31173-LMK
                                    )      CHAPTER 7
      Debtor.                       )
_____)
```

                    REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 3 | Aurora Loan Services<br>10350 Park Meadows Dr.<br>Littleton, CO 80124 | 2,204.95 |

Dated: 4/21/11                     /s/ John E. Venn, Jr.
                                   JOHN E. VENN, JR.,
                                   TRUSTEE
                                   FL Bar No. 184992
                                   220 W. Garden St.
                                   Suite 603
                                   Pensacola, FL 32502
                                   (850) 438-0005
                                   Johnevennjrpa@aol.com